IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MAACO ENTERPRISES, INC.** | : | **CIVIL ACTION NO.: 02-3751** |
| 381 Brooks Road | : | |
| King of Prussia, PA 19406 | : | |
| | : | |
| vs. | : | **JURY TRIAL NOT DEMANDED** |
| | : | |
| | : | |
| **CASEY J. FULLER &** | : | |
| **V&F ENTERPRISES, INC.** | : | |
| 2429 Fifth Avenue South | : | |
| Birmingham, AL 35233 | : | |

**REQUEST FOR DEFAULT PURSUANT TO FED.R.CIV.P. 55(a)**

TO THE CLERK:

Pursuant to Federal Rule of Civil Procedure 55(a), plaintiff requests that the Clerk enter a default on the docket against defendants Casey J. Fuller and V&F Enterprises, Inc. for defendants' failure to answer or otherwise respond to the Amended Complaint within the time prescribed by Fed.R.Civ.P. 12(a)(1)(A). Plaintiff's Declaration in Support of Request for Default is attached.

Date: October 3, 2002                     _____
                                          Joseph Schumacher
                                          Kimberly S. Toomey
                                          I.D. Nos. 45726/75198
                                          WIGGIN & DANA LLP
                                          Quaker Park
                                          1001 Hector Street
                                          Conshohocken, PA 19428
                                          (610) 834-2400
                                          Attorneys for Plaintiff, Maaco Enterprises, Inc.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **MAACO ENTERPRISES, INC.** | : | **CIVIL ACTION NO.: 02-3751** |
| **381 Brooks Road** | : | |
| **King of Prussia, PA 19406** | : | |
| | : | |
| vs. | : | **JURY TRIAL NOT DEMANDED** |
| | : | |
| | : | |
| **CASEY J. FULLER &** | : | |
| **V&F ENTERPRISES, INC.** | : | |
| **2429 Fifth Avenue South** | : | |
| **Birmingham, AL 35233** | : | |

**PLAINTIFF'S DECLARATION IN SUPPORT OF REQUEST FOR DEFAULT**

Kimberly S. Toomey, attorney for plaintiff, states as follows:

i) Plaintiff commenced this action on June 13, 2002.

ii) The Summons and Complaint were served upon defendants Casey J. Fuller and V&F Enterprises, Inc. ("defendant") on July 8, 2002.

iii) Plaintiff filed an Amended Complaint on August 30, 2002 and served the Amended Complaint on defendants by overnight mail on that date.

4. Defendants have failed to answer or otherwise respond to the Amended Complaint within the time required by Fed.R.Civ.P. 12(a)(1)(A). No extensions to file an answer have been granted.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on _____ .

_____
Kimberly S. Toomey